FILED'10 JUL 15 17:44 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

SHELIA DOREEN REED,

    Petitioner,

v.                                          Civil No. 10-89-CL

NANCY HOWTON,                               ORDER

    Respondent.

CLARKE, Magistrate Judge.

    Petitioner's Motion for Appointment of Counsel (#6) is allowed. The Federal Public Defender, 101 S.W. Main, Suite 1700, Portland, Oregon, 97204, is appointed to represent petitioner in this proceeding. See 18 U.S.C. § 3006A(a)(2)(B). The Clerk is directed to send the Federal Public Defender a copy of the file.

    A habeas corpus scheduling order will be entered after counsel for petitioner has filed an amended petition.

    Respondent's Motion to Dismiss (#14) is denied without prejudice.

    DATED this __15__ day of July, 2010.

                                    Mark D. Clarke
                                    United States Magistrate Judge

1 - ORDER