IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SHEILA DOREEN REED, | Civ. No. 10-00089-CL |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| v. | |
| NANCY HOWTON, Superintendent Coffee Creek Correctional Facility, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 22 day of November, 2011.

_____
The Honorable Mark D. Clarke
United States Magistrate Judge

Submitted by:

/s/ Tonia L. Moro
Tonia L. Moro
Attorney for Petitioner (by consent)

ORDER DISMISSING HABEAS CORPUS PETITION